## 964     CASES REPORTED WITH BRIEF SYLLABI.

ners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order to- be settled on notice. Present— Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Eleanore M. Wilson Ashton, Respondent, v. New York Railways Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Juliette Jacobs, Respondent, v. James Jacobs, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Max Fertig, Respondent, v. Henry C. Sturges, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Rocco Lascalzo, as Administrator, etc., Respondent, v. Palisade Realty and Amusement Company, Appellant, Impleaded with Others.— Order modified by granting stay, with leave to move to vacate same if return of commission be unreasonably delayed. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Francis W. Elder, Respondent, v. Robert W. M. Gunn, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Ulner* v. *Doran* (167 App. Div. 259). Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Max Liebowitz, an Infant, by Philip Liebowitz, His Guardian ad Litem, Respondent, v. The Long Island Railroad Company, Appellant.— Order modified by changing the final words relating to costs from "abide the event of the trial" to "abide the event of the action," and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Philip Liebowitz, Respondent, v. The Long Island Railroad Company, Appellant.— Order modified by changing the final words relating to costs from "abide the event of the trial" to "abide the event of the action,' and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Moses Valentine, Respondent, v. Abraham Cooper, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Alexander Engel and Another, Respondents, v. The Shubert Theatrical Company, Appellant.— Order modified by directing that the provision in the original order for the appointment of a referee be stricken out, and that the examination therein ordered proceed before the court; and as so modified the order appealed from is affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Mervyn Wolff, Respondent, v. Elbert A. Brinkerhof, Jr., Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disburse-